**91–2137.** State v. Campbell. *Hamilton County,* No. C–890330. Reported at 69 Ohio St.3d 38, 630 N.E.2d 339. On motion for rehearing. Motion denied.

**92–2041.** Redman v. Watch Tower Bible & Tract Soc. of Pennsylvania. *Wood County,* No. 91WD071. Reported at 69 Ohio St.3d 98, 630 N.E.2d 676. On motion for rehearing. Motion denied. DOUGLAS and RESNICK, JJ., not participating.

**93–799.** State ex rel. Buurma Farms, Inc. v. Indus. Comm. *Franklin County,* No. 92AP–76. Reported at 69 Ohio St.3d 111, 630 N.E.2d 686. On motion for rehearing. Motion denied. PFEIFER, J., dissents.

**94–144.** Cleveland v. Harmon. *Cuyahoga County,* No. 64139. Reported at 69 Ohio St.3d 1420, 631 N.E.2d 160. On motion for rehearing and on motion for leave to file amended memorandum instanter. Motions denied.
MOYER, C.J., DOUGLAS and F.E. SWEENEY, JJ., dissent.